UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL POWELL,<br><br>   Plaintiff,<br><br>  v.<br><br>TOMERY POWELL (DARLING),<br><br>   Defendant. | No. 2:17-cv-01035 KJM CKD (PS)<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

  On June 22, 2017, the district judge in this action ordered defendant to show cause within fourteen days why this case should not be remanded to state court for untimely removal under 28 U.S.C. § 1446(b). Defendant has responded to the order to show cause; however, she fails to show why this action should not be remanded for untimely removal.

  Accordingly, IT IS HEREBY RECOMMENDED that the above-entitled action be summarily remanded to the Superior Court of California, County of Placer.

  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within seven days after service of the objections. The parties are advised

1

1  that failure to file objections within the specified time may waive the right to appeal the District
2  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
3  Dated:  July 18, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / powe1035.remand(2)