1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL POWELL,                         No.  2:17-cv-01035 KJM CKD (PS)

12                  Plaintiff,

13          v.                               ORDER

14   TOMERY POWELL,

15                  Defendant.

16

17          This action was removed from state court on May 16, 2017.  On May 31, 2017, the

18   magistrate judge filed findings and recommendations which contained notice to all parties that

19   any objections to the findings and recommendations were to be filed within fourteen days.

20   Defendant has filed objections to the findings and recommendations.

21          The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

22   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

23   *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

24   the file, the court finds the findings and recommendations to be supported by the record and by

25   the proper analysis.

26   /////

27   /////

28   /////

                                            1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 31, 2017, are adopted in full;

2. This action is summarily remanded to the Superior Court of California, County of Placer;

3. Defendant's pending motions (ECF Nos. 4 & 6) are denied as moot; and

4. The Clerk of Court shall close this case.

DATED: August 3, 2017.

_____
UNITED STATES DISTRICT JUDGE